IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA DUKHQAN,<br><br>                              Plaintiffs,<br><br>         v.<br><br>AMERICAN NEAR EAST REFUGEE AID (ANERA),<br><br>                              Defendant. | Case No.: 1:22-cv-01407 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), counsel hereby moves for the admission *pro hac vice* of Abigail M. Green of Cozen O'Connor, One Oxford Centre, 301 Grant Street, 41st Floor, Pittsburgh, PA 15219 to represent Defendant American Near East Refugee Aid ("ANERA") in the above-captioned action.

This Motion is supported by the Declaration of Abigail M. Green. As set forth in Ms. Green's Declaration and further established with her Certificate of Good Standing, she is admitted and an active member in good standing of the bars and courts:

>Illinois Bar
>New Jersey Bar
>Pennsylvania Bar
>West Virginia Bar
>
>U.S. District Court - Western District of Pennsylvania
>U.S. District Court - Eastern District of Pennsylvania
>U.S. District Court - Middle District of Pennsylvania
>U.S. District Court – District of New Jersey
>U.S. District Court – Northern District of West Virginia
>U.S. Court of Appeals for the Third Circuit
>U.S. Supreme Court

This Motion is supported and signed by Molly Rucki, an active and sponsoring member of the Bar of this Court.

1

Dated:  July 5, 2022  Respectfully submitted,

*/s/ Molly Rucki*_____
Molly Rucki, Esq.
D.C. Bar No. 1616852
Cozen O'Connor PC
1200 19th St. NW, Suite 300
Washington, DC 20036
mrucki@cozen.com
Tel. (202) 912-4884
Fax (202) 861-1905

*Attorney for Defendant,*
American Near East Refugee Aid
("ANERA")

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DINA DUKHQAN,

                Plaintiffs,

v.

AMERICAN NEAR EAST REFUGEE AID (ANERA),

                Defendant.

Case No.: 1:22-cv-01407

**DECLARATION OF ABIGAIL M. GREEN IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), I, Abigail M. Green, hereby declare as follows:

I am an attorney with the law firm of Cozen O'Connor, P.C.

1. My office address and telephone number are as follows:

   One Oxford Centre
   301 Grant Street, 41st Floor
   Pittsburgh, PA  15219
   (412) 620-6500 (direct 412-620-6504).

2. I represent Defendant American Near East Refugee Aid ("ANERA").

3. I am admitted to, and a member of good standing with, the following bars and courts:

   Illinois Bar
   New Jersey Bar
   Pennsylvania Bar
   West Virginia Bar

   U.S. District Court - Western District of Pennsylvania
   U.S. District Court - Eastern District of Pennsylvania
   U.S. District Court - Middle District of Pennsylvania
   U.S. District Court – District of New Jersey
   U.S. District Court – Northern District of West Virginia
   U.S. Court of Appeals for the Third Circuit
   U.S. Supreme Court

4. I have never been disciplined by any bar.

1

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6. I do not practice law from an office located in the District of Columbia. However, Cozen O'Connor has an office located within the District of Columbia.

7. I have reviewed and am familiar with the Local Rules of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2022

Respectfully submitted,

By: _____
Abigail M. Green
COZEN O'CONNOR
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA  15219
Tel.: 412-620-6504
Fax: 412-275-2350
amgreen@cozen.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DINA DUKHQAN,<br><br>                       Plaintiffs,<br>            v.<br><br>AMERICAN NEAR EAST REFUGEE AID (ANERA),<br><br>                       Defendant. | Case No.: 1:22-cv-01407 |

## **[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac* Vice of Abigail M. Green, IT IS HEREBY ORDERED that such motion is granted, and that Abigail M. Green is hereby admitted to appear before this Court *pro hac vice*, on behalf of Defendant American Near East Refugee Aid ("ANERA"), in this matter.

Dated: _____                                  By: _____
                                                                                   Judge

**Copies to:**

David Wachtel, Esquire
Trister, Ross, Schadler & Gold PLLC.
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C. 20009
(202) 839-4486
dwachtel@tristerross.com

*Counsel for Plaintiffs*

Molly Rucki
Cozen O'Connor
1200 19th Street, N.W., Suite 300
Washington, D.C. 20036
mrucki@cozen.com

(202) 912-4884
(202) 861-1905 (Fax)

Abigail M. Green (pro hac motion pending)
Cozen O'Connor
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
amgreen@cozen.com
(412) 620-6504
(412) 275-2351 (Fax)


Kelly T. Kindig (pro hac motion pending)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
KKindig@cozen.com
(215) 665-7252
(215) 665-2013 (Fax)

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DINA DUKHQAN,

                    Plaintiffs,

    v.

AMERICAN NEAR EAST REFUGEE AID
(ANERA),

                    Defendant.

Case No.: 1:22-cv-01407

## RULE 7(m) CERTIFICATION

I HEREBY CERTIFY that Plaintiff's counsel and Defendant's counsel have conferred. Counsel for Plaintiff does not oppose this Motion for Admission of Attorney *Pro Hac Vice* for Abigail M. Green.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Molly Rucki*_____
Molly Rucki, Esq.
D.C. Bar No. 1616852
Cozen O'Connor PC
1200 19th St. NW, Suite 300
Washington, DC 20036
mrucki@cozen.com
Tel. (202) 912-4884
Fax (202) 861-1905

*Attorney for Defendant,*
American Near East Refugee Aid
("ANERA")

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 5, 2022, I filed the foregoing Motion for Admission *Pro Hac Vice* of Abigail M. Green, Declaration, Certificate of Good Standing, proposed Order, and Rule 7(m) Certification via the court's Electronic Case Filing (ECF) system to serve all counsel of record.

By: */s/ Molly Rucki*
     Molly Rucki



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Abigail Marie Green, Esq.*

**DATE OF ADMISSION**

*February 5, 2007*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 14, 2022

Nicole Traini
Chief Clerk