**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DINA DUKHQAN,<br><br>                           Plaintiffs,<br><br>    *v.*<br><br>AMERICAN NEAR EAST REFUGEE AID<br>(ANERA),<br><br>                      Defendant. | Case No.: 1:22-cv-01407 |

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), counsel hereby moves for the admission *pro hac vice* of Kelly T. Kindig of Cozen O'Connor, 1650 Market Street, Suite 2800, Philadelphia, PA 19103 to represent Defendant American Near East Refugee Aid ("ANERA") in the above-captioned action.

This Motion is supported by the Declaration of Kelly T. Kindig. As set forth in Ms. Kindig's Declaration and further established with her Certificates of Good Standing, she is admitted and an active member in good standing of the bars and courts:

Pennsylvania Bar

U.S. District Court - Eastern District of Pennsylvania
U.S. District Court - Middle District of Pennsylvania
U.S. Court of Appeals for the Third Circuit
U.S. Supreme Court

U.S. District Court – New Jersey
State of New Jersey

U.S. District Court – Colorado

U.S. Court of Appeals for the District of Columbia Circuit

This Motion is supported and signed by Molly Rucki, an active and sponsoring member of the Bar of this Court.

Dated:  July 5, 2022                                    Respectfully submitted,

                                                        _/s/ Molly Rucki_____
                                                        Molly Rucki, Esq.
                                                        D.C. Bar No. 1616852
                                                        Cozen O'Connor PC
                                                        1200 19th St. NW, Suite 300
                                                        Washington, DC 20036
                                                        mrucki@cozen.com
                                                        Tel. (202) 912-4884
                                                        Fax (202) 861-1905

                                                        *Attorney for Defendant,*
                                                        American Near East Refugee Aid
                                                        ("ANERA")

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DINA DUKHQAN,<br><br>                         Plaintiffs,<br><br>        *v.*<br><br>AMERICAN NEAR EAST REFUGEE AID<br>(ANERA),<br><br>                         Defendant. | Case No.: 1:22-cv-01407 |

**DECLARATION OF KELLY T. KINDIG IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.2(d), I, Kelly T. Kindig, hereby declare as follows:

I am an attorney with the law firm of Cozen O'Connor, P.C.

1. My office address and telephone number are as follows:

   1650 Market Street, Suite 2800
   Philadelphia, PA  19103
   (215) 665-2000

2. I represent Defendant American Near East Refugee Aid ("ANERA").

3. I am admitted to, and a member of good standing with, the following bars and courts:

   U.S. District Court - Eastern District of Pennsylvania
   U.S. District Court - Middle District of Pennsylvania
   U.S. Court of Appeals for the Third Circuit
   U.S. Supreme Court

   U.S. District Court – New Jersey
   State of New Jersey

   U.S. District Court – Colorado

   U.S. Court of Appeals for the District of Columbia Circuit

4. I have never been disciplined by any bar.

1

5.  I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia within the last two years.

6.  I do not practice law from an office located in the District of Columbia. However, Cozen O'Connor has an office located within the District of Columbia.

7.  I have reviewed and am familiar with the Local Rules of this Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 5, 2022                              Respectfully submitted,

                                                  By:  _____
                                                      Kelly T. Kindig
                                                      COZEN O'CONNOR
                                                      1650 Market Street, Suite 2800
                                                      Philadelphia, PA  19103
                                                      Tel.:  215-665-7252
                                                      Fax:  215-665-2013
                                                      KKindig@cozen.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DINA DUKHQAN,<br><br>                           Plaintiffs,<br><br>        *v.*<br><br>AMERICAN NEAR EAST REFUGEE AID<br>(ANERA),<br><br>                           Defendant. | Case No.: 1:22-cv-01407 |

**[PROPOSED] ORDER**

Upon consideration of the Motion for Admission *Pro Hac* Vice of Kelly T. Kindig, IT IS

HEREBY ORDERED that such motion is granted, and that Kelly T. Kindig is hereby admitted

to appear before this Court *pro hac vice*, on behalf of Defendant American Near East Refugee

Aid ("ANERA"), in this matter.

Dated:  _____          By: _____
                                                    Judge

**Copies to:**

David Wachtel, Esquire
Trister, Ross, Schadler & Gold PLLC.
1666 Connecticut Avenue, N.W., 5th Floor
Washington, D.C.  20009
(202) 839-4486
dwachtel@tristerross.com

*Counsel for Plaintiffs*

Molly Rucki
Cozen O'Connor
1200 19th Street, N.W., Suite 300
Washington, D.C. 20036
mrucki@cozen.com

LEGAL\58216757\1

(202) 912-4884
(202) 861-1905 (Fax)

Abigail M. Green (pro hac motion pending)
Cozen O'Connor
One Oxford Centre
301 Grant Street, 41st Floor
Pittsburgh, PA 15219
amgreen@cozen.com
(412) 620-6504
(412) 275-2351 (Fax)


Kelly T. Kindig (pro hac motion pending)
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
KKindig@cozen.com
(215) 665-7252
(215) 665-2013 (Fax)

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| DINA DUKHQAN, |
| Plaintiffs, |
| *v.* |
| AMERICAN NEAR EAST REFUGEE AID (ANERA), |
| Defendant. |

Case No.: 1:22-cv-01407

## **RULE 7(m) CERTIFICATION**

I HEREBY CERTIFY that Plaintiff's counsel and Defendant's counsel have conferred.

Counsel for Plaintiff does not oppose this Motion for Admission of Attorney *Pro Hac Vice* for

Kelly T. Kindig.

Dated: July 5, 2022

Respectfully submitted,

*/s/ Molly Rucki*_____
Molly Rucki, Esq.
D.C. Bar No. 1616852
Cozen O'Connor PC
1200 19th St. NW, Suite 300
Washington, DC 20036
mrucki@cozen.com
Tel. (202) 912-4884
Fax (202) 861-1905

*Attorney for Defendant,*
American Near East Refugee Aid
("ANERA")

1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 5, 2022, I filed the foregoing Motion for Admission *Pro Hac Vice* of Kelly T. Kindig, Declaration, Certificate of Good Standing, proposed Order, and Rule 7(m) Certification via the court's Electronic Case Filing (ECF) system to serve all counsel of record.

By:   */s/ Molly Rucki*
       Molly Rucki



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Kelly Theresa Kindig, Esq.*

**DATE OF ADMISSION**

*November 13, 2006*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  June 14, 2022**

Nicole Traini
Chief Clerk